**Order entered March 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

The Court **REINSTATES** the appeal.

On March 13, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 17, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 13, 2014 order requiring findings.

We note that counsel filed an *Anders* brief in this case. The appeal is from appellant's conviction following the adjudication of his guilt. Although counsel briefly discusses the original plea hearing and states that evidence was presented, the reporter's record of the guilty plea hearing is not before the Court. Moreover, the record reflects that the conditions of appellant's community supervision were modified, but counsel does not discuss the proceedings,

if any, at which the modifications were made. Finally, counsel does not address the motions that were filed by appellant or the trial court's nunc pro tunc order entered by the trial court. Accordingly, we conclude the brief does not satisfy the requirements of *Anders* and its progeny. *See Jeffery v. State*, 903 S.W.2d 776 (Tex. App.—Dallas 1995, no pet.). Accordingly, we **DENY** the March 17, 2014 extension motion as moot and **STRIKE** the *Anders* brief tendered by counsel.

We **ORDER** Janet Dugger, official court reporter of the 296th Judicial District Court, to file, or coordinate the filing of, the reporter's record of April 5, 2011 plea hearing, as well as the records of any other hearings, within **THIRTY DAYS** of the date of this order.

We **ORDER** counsel to file, within **SIXTY DAYS** of the date of this order, either an amended brief that complies with the requirements of *Anders* and its progeny or a brief raising issues on the merits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janet Dugger, official court reporter, 296th Judicial District Court, and to counsel for all parties.

/s/      LANA MYERS
          JUSTICE